IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02790-MSK-KMT

JOHN P. WILL,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Opinion and Order Granting Motion to Dismiss, filed September 24, 2019, by the Honorable Marcia S. Krieger, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Portfolio Recovery Associates, LLC, and against Plaintiff, John P. Will, on Defendant's Motion to Dismiss. It is further

ORDERED that Plaintiff's complaint and action are **DISMISSED.**

DATED at Denver, Colorado this 10th day of October, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk